# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Haynes International, Inc., et al.,[1] ) | |
| ) | Case No. 04-05364 |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Honorable Anthony J. Metz III |

## CERTIFICATE OF SERVICE

I, Sheryl V. Rehder, a non-attorney, certify that I caused to be served the **Disclosure Statement With Respect to the First Amended Joint Plan of Reorganization of Haynes International, Inc. and Its Affiliated Debtors and Debtors-in-Possession** and the **Order Approving (I) Procedures and Materials Utilized to Provide Notice of the Disclosure Statement Hearing and Procedures for Filing Objections to the Disclosure Statement; (II) Disclosure Statement; (III) Record Date, Voting Deadline and Procedures for Temporary Allowance of Certain Claims; (IV) Procedures for Filing Objections to the Plan; (V) Solicitation Procedures for Confirmation; and (VI) Hearing Date to Consider Confirmation of the Plan** via First Class Mail upon the service list attached hereto as Exhibit A on the 30th day of June, 2004.

_Sheryl Rehder_
Sheryl V. Rehder

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066
(310) 823-9000

---

[1] The Debtors are the following entities: Haynes International, Inc., Haynes Holdings, Inc., Haynes Specialty Steels Company and Haynes Sour Gas Tubulars, Inc.

DOCUMENT NO. 340

# Exhibit A

## Service List

Peggy Hubbs
AG Edwards & Sons, Inc.
2801 Clark Street
St. Louis, MO 63103

Michael S. Stamer
Akin Gump Strauss Hauer & Feld L.L.P.
590 Madison Avenue
New York, NY 10022

Cecile Lamarco
Bank of New York
One Wall Street
New York, NY 10286

Vincent Marzella
Bear, Stearns Securities Corp.
One Metrotech Center North
4th Floor
Brooklyn, NY 11201-3862

Charles Schwab & Co., Inc.
c/o ADP Proxy Services
51 Mercedes Way
Edgewood, NY 11717

Credit Suisse First Boston Corp.
c/o ADP Proxy Services
51 Mercedes Way
Edgewood, NY 11717

Jon B. Abels
Dann Pecar Newman & Kleiman, P.C.
2300 One American Square
Box 82008
Indianapolis, IN 46282

Attention: Legal Department
Dynamic Systems Inc.
P.O. BOX 1234
Route 355
Pestenkill, NY 12140

Stephen M. Moran
Fiduciary SSB
225 Franklin Street
MAO-3
Boston, MA 2110

Robert Lund
Fleet Capital Corporation
20800 Swenson Drive
Suite 350
Waukesha, WI 53186

Joe Lamack
Air Products and Chemical
Account No. W8183
Department CH10200
Palentine, IL 60055

Rod Warner, Rick Kline
American Flux & Metals Co.
Fleming Pike
P. O. Box 74
Winslow, NJ 08095

Deborah L. Thorne
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606

Mark Radzik, HY I Investments, LLC
c/o Equity Investments LLC
Two North Riverside Plaza
Suite 600
Chicago, IL 60606

Mary McGuire
Congress Financial Corporation (Central)
150 South Wacker Drive
Suite 2200
Chicago, IL 60606

Robert P. Lee
CRT Capital Group LLC
262 Harbor Drive
Stamford, CT 06902

Stewart Todd Hittinger
District Counsel Office
P.O. Box 44010
Stop CN730
Indianapolis, IN 46244

Shawn Naylor
Faxon Machining
11101 Adwood Drive
Cincinnati, OH 45240

Wanda Davis
First Clearing, LLC
901 E. Byrd St.
Richmond, VA 23219

Kathy Guillou
Fleet Securities, Inc.
26 Broadway 12th Floor
New York, NY 10004

Thomas L. Jacob
Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 19195

James M. Carr
Baker & Daniels
Suite 2700
300 North Meridian Street
Indianapolis, IN 46204

Michael K. McCrory, Wendy D. Brewer
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

Vincent G. Ricigliano, Jr.
Carkhuff & Radmin, P.C.
598-600 Somerset Street
North Plainfield, NJ 07060

Robert P. Conway, Michael A. Dieber
Conway Del Genio Gries & Co., LLC
Olympic Tower
645 Fifth Avenue
New York, NY 10022

Dawn Eike
Custodial Trust Company
101 Carnegie Center
Princeton, NJ 8540

Attention: Legal Department
Dynamic Products
16520 Peninsula Blvd.
Houston, TX 77015

Nate Van Duzer
Fidelity Management & Research Co.
82 Devonshire Street
Boston, MA 02109

Alan Meier
Fleet Capital Corporation
One South Wacker Drive
Suite 3400
Chicago, IL 60606

John Clifford
Full Service Supply
Formerly Strong Tool
P.O. Box 642445
Pittsburgh, PA 15264

## Service List

Patricia Baldwin
Goldman, Sachs & Co.
180 Maiden Lane
New York, NY 10038

Calvin S. McKay
Haynes International, Inc.
1020 West Park Avenue
P.O. Box 9013
Kokomo, IN 46904

Jeffrey A. Hokanson, Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Eric Lippman
Investors Bank & Trust Company
200 Clarendon St. 9th Fl
Corporate Actions Unit/Top57
Boston, MA 2116

David M. McFatridge
Kokomo Gas & Fuel Company
900 East Boulevard
P.O. Box 9015
Kokomo, IN 46904

Douglas Bacon, Keith A. Simon
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Melissa Tarasovich
Mellon Trust of New England, Natl Assoc
525 William Penn Place
Suite 3418
Pittsburgh, PA 15259

Issuer Services
Morgan Stanley & Co., Inc.
c/o ADP Proxy Services
51 Mercedes Way
Edgewood, NY 11717

Sandra A. Garrick
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
29th Floor
New York, NY 10169

Joe Hirt, Plant Manager
H.C. Starck (Ohio)
460 Jay Street
Coldwater, MI 49036

Bob Potoski
Hitachi Metals of America
222 North Park Drive
Suite 2  West Hills Ind Park
Kittaning, PA 16201

Ingalls & Snyder, LLC
c/o ADP Proxy Services
51 Mercedes Way
Edgewood, NY 11717

Paula J. Dabner
JP Morgan Chase Bank
Proxy/Class Actions/Bankruptcy
14201 Dallas Parkway
Dallas, TX 75254

C. Daniel Motsinger, Martha R. Lehman, Robert S. Schein
Kreig DeVault LLP
One Indiana Square
Suite 2800
Indianapolis, IN 46204

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204

Veronica E. O'Neill
Merrill Lynch, Pierce Fenner & Smith Safekeeping
4 Corporate Place
Piscataway, NJ 8854

James Goldin
Murphy & Durieu
120 Broadway
New York, NY 10271

Beth Kramer
Office of the United States Trustee
101 West Ohio Street
Suite 1000
Indianapolis, IN 46204

Perry Lewis
Perry Lewis
183 Greathill Road
Ridgefield, CT 06877

Brends Aldridge
Harbison Walker Refractories
1400 Huntington Drive
Calumet City, IL 60409

Julie Hennebert
Hydro-Power/OTP
1900 Jetway Boulevard
Columbus, OH 43219

Attention: Legal Department
International Metals Processing
3131 North Franklin Road
Suite E
Indianapolis, IN 46226

Roger Victor, Mark, Gary
Kirby Risk Electrical Supply
1813 East Vaile Avenue
Kokomo, IN 46901

Steven Lampe
Lampe Conway
680 Fifth Avenue
Suite 1202
New York, NY 10019

Craig Klein
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Jeremiah W. Nixon, Steven A. Ginther
Missouri Department of Revenue, General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Cheryl Seagraves
Northern Indiana Supply Co. Inc.
304 South Main Street
P.O. Box 447
Kokomo, IN 46903

Joe Calder
Oppenheimer & Co., Inc.
125 Broad Street
15th Floor
New York, NY 10004

Al Hernandez
Pershing LLC
Securities Corporation
1 Pershing Plaza
Jersey City, NJ 7399

## Service List

| | | |
|---|---|---|
| William Rodgers<br>PSI Cinergy<br>P.O. Box 663687<br>Indianapolis, IN 46277 | Andrew Herenstein, Chun Won Yi<br>Quadrangle Group LLC<br>375 Park Avenue<br>14th Floor<br>New York, NY 10152 | Issuer Services<br>RBC Capital Markets Corporation<br>c/o ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 |
| Michael Frommer<br>RBC Capital Markets Corporation<br>Class Action & Bankruptcy<br>1 Liberty Plaza<br>New York, NY 10006-1404 | Christopher S. Roberge<br>Roberge & Roberge<br>9190 Priority Way West Drive<br>Suite 1000<br>Indianapolis, IN 46240 | Glen Dresser<br>RREEF America REIT II Portfolio, L.P.<br>c/o Law Offices of Glen Dresser<br>12650 Riverside Drive, Suite 100<br>North Hollywood, CA 91607 |
| Angela D. Dodd<br>Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604 | Wilson Neely<br>Simpson Thancher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 | Steven D. Goldberg<br>Sitrick and Company Inc.<br>1840 Century Park East<br>Suite 800<br>Los Angeles, CA 90067 |
| John Wm. Butler, Jr., J. Eric Ivester, Kristin E. Rooney<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | Felisha Howard<br>Southwest Securities, Inc.<br>1201 Elm Street<br>Suite 2500<br>Dallas, TX 75270 | Joseph J. Callahan<br>State Street Bank & Trust Company<br>1776 Heritage Dr.<br>Global Corporate Action Unit JAB 5NW<br>No. Quincy, MA 2171 |
| Jon Barnwell<br>The Blackstone Management Partners L.P.<br>345 Park Avenue<br>31st Floor<br>New York, NY 10154 | Ian Lapey<br>Third Avenue Management LLC<br>622 Third Avenue<br>New York, NY 10017 | Bill Zimmerman<br>Tranzact Inc.<br>1185 Lancaster Pike<br>PO Box 300<br>Quarryville, PA 17566 |
| Jane Flood<br>UBS Financial Services, Inc.<br>1200 Harbor Blvd.<br>Weehawken, NJ 7086 | Carlos Lede<br>UBS Securities LLC<br>677 Washington Blvd.<br>Stamford, CT 6901 | Keith Frohlicher<br>US Bank NA<br>Attn: Securities Control<br>1555 N. Rivercenter Dr. Ste. 0300<br>Milwaukee, WI 53212 |
| Paul Whitehead, Dave Goldman<br>USWA<br>Five Gateway Center<br>Pittsburgh, PA 15222 | Steve Robash<br>Voest-Alpine Industries<br>501 Technology Drive<br>Canonsburg, PA 15317 | Alvin Martin<br>Wachovia Securities, LLC<br>One New York Plaza<br>12th Floor<br>New York, NY 10292 |
| Antonio Lopez<br>Wachovia Securities, LLC<br>For Consents & Corporate Actions<br>111 8th Avenue 4th Floor<br>New York, NY 10011 | Antonio Lopez<br>Wachovia Securities, LLC<br>111 8th Avenue 4th Floor<br>New York, NY 10011 | Gen Simms<br>Wachovia Securities, LLC<br>Class Action & Bankruptcy<br>111 8th Avenue 4th Floor<br>New York, NY 10011 |
| Richard P. Krasnow, Timothy E. Graulich<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Thomas S. Korsman<br>Wells Fargo Bank, N.A.<br>Sixth & Marquette<br>MAC N9303-120<br>Minneapolis, MN 55479 | Bill Fourman<br>Western Forge & Flange Co.<br>780 Reed Street<br>P.O Box 327<br>Santa Clara, CA 95052 |
| Annette L O'Connell<br>3102 N 650 W<br>Kokomo, IN 46901 | August Alfons Cijan<br>207 Sandy Ct<br>Kokomo, IN 46901 | Brian L. Maggart<br>3250 N 80 W<br>Kokomo, IN 46901-9166 |

## Service List

| | | |
|---|---|---|
| Calvin S McKay<br>156 Governors Way<br>Brentwood, TN 37027 | Charles J Sponaugle<br>1631 Osage Dr S<br>Kokomo, IN 469023249 | Charles M Conwell<br>20 Hidden Acres<br>Greentown, IN 46936 |
| Curtis M Becker<br>378 Spurlock<br>Arcadia, LA 710019731 | Dan M. Keating<br>1070 W SR 16<br>Denver, IN 46926 | Dan R. Evans<br>3100 Lafourche<br>Ruston, LA 71270-5258 |
| David L Petro<br>534 Sister Martin Drive<br>Kokomo, IN 46901 | Dean A Zehring<br>2376 N 900 W<br>Kokomo, IN 469019649 | Deke Hudson<br>3723 S Park Road<br>Kokomo, IN 46902 |
| Dwaine L Klarstrom<br>11300 Bunker Ct<br>Kokomo, IN 469019781 | Edmond J Bickel<br>111 Kingston Rd<br>Kokomo, IN 469015226 | Edward Wayne Booth<br>130 Betty Ln<br>Sibley, LA 710739184 |
| Elizabeth S Washington<br>2694 S 200 E<br>Kokomo, IN 46902 | Emily J. Bargerhuff<br>5736 W 00 NS<br>Kokomo, IN 46901 | F. Galen Hodge<br>3294 S 150 E<br>Kokomo, IN 46902-9542 |
| Felix Handermann<br>Rutlimatte 16<br>Adligneswil, 6043<br>Switzerland | Francis J Petro<br>2308 Executive Dr<br>Kokomo, IN 46902 | Gloria W Elliott<br>1483 Highway 544<br>Ruston, LA 71270 |
| Gregory M Spalding<br>6278 Briargate Dr<br>Zionsville, IN 46077 | Hans Dieter Freisem<br>770 Hunters Trail<br>Kokomo, IN 46901 | Harry Lee Flower Jr<br>13057 Abraham Run<br>Carmel, IN 46033 |
| James A Laird<br>4683 Wexmoor Dr<br>Kokomo, IN 46902 | James E Courts<br>6245 Lakeland Lane<br>Indianapolis, IN 46234 | James F. Anderson<br>4412 McKibben Drive<br>Kokomo, IN 46902 |
| Jan M. Yarosz<br>904 N Parkway Court<br>Kokomo, IN 46901-3971 | Jean Crosier Neel<br>6631 Rushing River<br>Noblesville, IN 46060 | Jeffrey A White<br>16206 Hayden Crest Court<br>Cypress, TX 77429 |
| Jeffrey L Young<br>8044 Circling Hawk Drive<br>Russiaville, IN 46979 | John A Fender<br>2206 E Standish Ave<br>Anaheim, CA 928064519 | Joseph E DaRin<br>14544 Cherry Ridge Road<br>Carmel, IN 46033 |

## Service List

Joseph F. Barker
32 Heavner Grove Drive
Buckhannon, WV 26201

Julia A. Ingle
1900 S Washington
Kokomo, IN 46902-2076

Kay (Morris) Clark
P O Box 37
Windfall, IN 46076-0037

Larry Dovin
129 Monticello Court
Noblesville, IN 46060

Larry Lane Wheeler
6566 South Tyko Court
Peru, IN 469708789

Lawrence Paul Yarosz
3483 W 80 N
Kokomo, IN 469013783

Lenny P St Germain
407 S E 5th Street
Sibley, LA 71073

Marcel Martin
6055 Mill Oak Drive
Noblesville, IN 460606410

Marlin C Losch III
14634 Beacon Blvd
Carmel, IN 460325047

Michael F Rothman
3500 Candy Ln
Kokomo, IN 469024414

Michael K Vawter
220 Wickersham Dr W
Kokomo, IN 469014005

Mickey A Sites
10352 S 400 E
Walton, IN 46994

Patrice Houlle
215 Rue de la Foret
Montigny, 76380
France

Paul Crook
1409 Green Acres Dr
Kokomo, IN 469019725

Peter Schaufelberger

Phil Crawshaw
23 Back Lane
Charlesworth, Glossop SK13SHJ
England

R. Patrick Cherry
202 Christy Lane
Kokomo, IN 46901

Reginald L Alexander
3207 Arthur Dr
Ruston, LA 71270

Richard Foster
4306 S 775 W
Russiaville, IN 469799121

Richard H Munsey
3401 Covey Ln
Kokomo, IN 46902

Robert I Hanson
736 Daniel Rd
Arcadia, LA 710014700

Ron J. Nylen
11909 Birdie Court
Kokomo, IN 46901-9717

Scott Johnstone
85 Beasley Cres #15
Cambridge, Ontario 115
Canada

Scott R Pinkham
4715 Wexmoor Dr
Kokomo, IN 46902

Stephen M Fischer
2163 S 870 W
Russiaville, IN 469799801

Steven J Matthews
62 Hidden Acres
Greentown, IN 469361053

Terry L Jones
1506 Holley Street
Minden, LA 70155

Thomas Charles Cunningham
4560 W 400 N
Peru, IN 46970

Thomas J. Jeffries
9865 E SR 46
Bloomington, IN 47401

Venkat R Ishwar
1845 Knaphill Ct
Carmel, IN 46033