## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Haynes International, Inc., et al.,[1] | ) | |
| | ) | Case No. 04-05364 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Anthony J. Metz III |

### CERTIFICATE OF SERVICE

Sheryl V. Rehder, being duly sworn, under penalty of perjury, affirms and attests as follows:

1.  I am employed by Kurtzman Carson Consultants, LLC, whose offices are located at 12910 Culver Blvd., Suite I, Los Angeles, California 90066. I submit this Declaration in connection with the service of solicitation packages for Haynes International, Inc.'s (the "Debtors") First Amended Joint Plan of Reorganization (the "Plan").

2.  On April 22, 2004, the Court signed and entered an Order Under 28 U.S.C. § 156(c) Approving Agreement With Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court.

3.  As the Debtors' Balloting Agent, KCC is charged with the duty of distributing solicitation materials to creditors and other interested parties pursuant to the instructions set forth in the Order Approving (I) Procedures and Materials Utilized to Provide Notice of the Disclosure Statement Hearing and Procedures for Filing Objections to the Disclosure Statement; (II) Disclosure Statement; (III) Record Date, Voting Deadline and Procedures for Temporary Allowance of Certain Claims; (IV) Procedures for Filing Objections to Plan; (V) Solicitation Procedures for Confirmation; and (VI) Hearing Date to Consider Confirmation of the Plan ("Solicitation Procedures Order"), as entered by the Court on June 28, 2004.

4.  The solicitation package consists of the following:

    (a)  Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization (the "Plan") of Haynes International, Inc. and Its

---

[1]  The Debtors are the following entities: Haynes International, Inc., Haynes Holdings, Inc., Haynes Specialty Steels Company and Haynes Sour Gas Tubulars, Inc.

DOCUMENT NO

Affiliated Debtors and Debtors-In-Possession ("Disclosure Statement");

(b)    Solicitation Procedures Order;

(c)    Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Purposes; (5) Treatment of Certain Claims for Notice and Voting Purposes; (6) Record Date; and (7) Voting Deadline for Receipt of Ballots ("Notice of Confirmation Hearing");

(d)    Notice of (1) Filing of First Amended Joint Plan of Reorganization; (2) Treatment of Unimpaired Claims Under the Plan; (3) Hearing on Confirmation of Plan; and (4) Deadline and Procedures for Filing Objections Thereto ("Unimpaired Creditor Notice");

(e)    Notice of Nonvoting Status with Respect to Claims Against Which the Debtors Filed an Objection to Disallow ("Notice of Non-Voting Status Objection");

(f)    Notice to Class 4 Senior Noteholders who Filed Proofs of Claim ("Noteholder Notice");

(g)    a ballot for accepting or rejecting the Plan, intended for the appropriate voting class as described below:

        (i)    Ballot for holders of Class 3 general unsecured claims; and

(h)    a self-addressed, postage paid return envelope (the "Return Envelope").

5. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, and the Notice of Confirmation Hearing to the United States Trustee and to the parties requesting special notice pursuant to Federal Rule of Bankruptcy Procedures 2002 on the list attached hereto as Exhibit "A".

6. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Notice of Confirmation Hearing to parties on the Creditor Matrix as set forth on Exhibit "B".

7. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, Notice of Confirmation Hearing, and Unimpaired Creditor Notice to Unimpaired Classes 1 and 2 as set forth on the list attached hereto as Exhibit "C".

8. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, Notice of Confirmation Hearing, and Notice of Non-Voting Status Objection to those creditors whose claims were objected to prior to July 6, 2004, as set forth on the list attached hereto as Exhibit "D".

9. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, and the Notice of Confirmation Hearing, to creditors whose claims were listed in Debtors' schedules as either contingent, unliquidated, or disputed or zero or unknown amount as set forth on the list attached hereto as Exhibit "E".

10. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, Notice of Confirmation Hearing, and the Noteholder Notice to Class 4 Noteholders who filed proofs of claim as set forth on the list attached hereto as Exhibit "F".

11. On July 7, 2004, at my direction and under my supervision, employees of KCC sent, via First Class Mail, the Disclosure Statement, the Plan, Solicitation Procedures Order, Notice of Confirmation Hearing, Class 3 Ballot and Return Envelope to the holders of Class 3 General Unsecured Claims as set forth on the list attached hereto as Exhibit "G".

I declare under penalty of perjury that the forgoing is true and correct.

_Sheryl Rehder_
_____
Sheryl V. Rehder

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA  90066
(310) 823-9000